# No. 23-55258

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

JANE DOE,

*Plaintiff-Appellant*,

v.

COUNTY OF ORANGE, et al,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Central District of California
No. 8:20-cv-00322-JWH-GJS
Hon. JOHN W. HOLCOMB

## PLAINTIFF-APPELLANT'S OPPOSITION TO APPELLEES' MOTION TO STRIKE PORTION OF OPENING BRIEF

JANE DOE
11151 Valley Blvd #4886,
El Monte, CA 91734
*Plaintiff-Appellant in Pro Per*

Plaintiff-Appellant Jane Doe (Doe) respectfully submits the following opposition to Appellees' motion to strike portion of opening brief.

The document contained in the "Appendix" to Doe's opening brief is proper because it was sent to the chamber and considered by the District Court during discovery hearing. The status update was ordered by the District Court. It should therefore stay.

For the foregoing reasons, Doe respectfully requests the Court deny Appellees' motion to strike portion of opening brief.

Respectfully submitted.

Date: December 4, 2023

/s / *JANE DOE*
Plaintiff-Appellant in Pro Per

## CERTIFICATE OF SERVICE

I certify that on December 4, 2023, I electronically filed the foregoing. I certify that the participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system. Non-participants will be served by U.S. mail.

Dated: December 4, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s / *JANE DOE*
　　　　　　　　　　　　　　　　　Plaintiff-Appellant in Pro Per