# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** | waiver of the requirement to submit paper copies |

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s)** | 23-55258 |

**Case Name** | Doe v. County of Orange, et al |

**Lower Court or Agency Case Number** | 8:20-cv-00322-JWH-GJS |

What is your name? | Jane Doe |

1. **What** do you want the court to do?

> Jane Doe ("Plaintiff" or "Appellant") respectfully moves the court to waive the requirement to submit paper copies for briefs.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

> Appellant is proceeding IFP without counsel. On March 12, 2024 she is ordered to submit 6 paper copies of reply brief. Such requirement poses a significant financial burden of approximately $80 for printing and mailing costs. This situation is particularly challenging for Appellant, who is already facing financial difficulties.

Your mailing address:

| 11151 Valley Blvd 4886 |

City | El Monte |   State | CA |   Zip Code | 91734 |

Prisoner Inmate or A Number (if applicable) | |

**Signature** | /s/ Jane Doe |   Date | 3/18/2024 |

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 27                                                                                                      New 12/01/2018

## CERTIFICATE OF SERVICE

I, JANE DOE, declare and certify that I electronically filed the foregoing with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: March 18, 2024

*/s/ JANE DOE*

JANE DOE